# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAYLAN DAMONE PETE

VERSUS

AMERICAN INTER-FIDELITY
EXCHANGE, ET AL

NO.  2026 CW 0187

**JUNE 1, 2026**

---

In Re:    American  Inter-Fidelity  Exchange,  applying  for
          supervisory writs, 19th Judicial District Court, Parish
          of East Baton Rouge, No. 718888.

---

BEFORE:    **THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

    **WRIT DENIED.**

                              **MRT**
                              **KEB**
                              **BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.